FILED

NOV 0 2 2026

Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DAVID JOSEPH COREY,**

**Defendant.**

**Case No.** 26 CR 410 - JDR

**INDICTMENT**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of Firearms and Ammunition; Forfeiture Allegation: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Firearms Forfeiture]**

**THE GRAND JURY CHARGES:**

From on or about May 1, 2026, through on or about August 30, 2026, in the Northern District of Oklahoma, the defendant, **DAVID JOSEPH COREY**, knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate and foreign commerce the following firearms and ammunition:

1. A Sig Sauer, Model P320, 9mm caliber pistol, no serial number;
2. A Sarsilmaz, SAR 9 Model, 9mm caliber pistol, serial number T1102-19BV09349; and
3. Approximately 5,934 rounds of assorted brand and caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
**[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]**

The allegation contained in this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **DAVID JOSEPH COREY**, shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of such offense. The property to be forfeited includes, but is not limited to:

**FIREARMS, AMMUNITION AND ACCESSORIES**

1. A silver, privately made 5.56 caliber rifle, with no serial number;
2. A red, privately made 7.62x 39 caliber rifle, with no serial number;
3. Six, privately made pistol frames with no serial numbers;
4. A Sig Sauer, Model P320, 9mm caliber pistol, no serial number;
5. A Sarsilmaz, SAR 9 Model, 9mm caliber pistol, serial number T1102-19BV09349;
6. Approximately 5,934 rounds of assorted brand and caliber ammunition;
7. A Ghost Gunner CNC milling machine 3D printer; and
8. A Lulzbot Taz6 3D printer, Model KT-PROO41NA-20764.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

CHRISTOPHER J. NASSAR
United States Attorney

A TRUE BILL

JACK OSBORN
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson